**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19 B 02978 |
| Coleman B Evans, ) | HON. Donald R. Cassling |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

**NOTICE OF MOTION**

TO: Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe St. STE 3850, Chicago, IL 60603, via electronic court notification;

See the attached Service List.

Please take notice that on April 2, 2020, at 9:30 a.m., I shall appear before the Honorable Donald R. Cassling in Courtroom 619 in the Federal Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached motion and you may appear if you so choose.

**PROOF OF SERVICE**

The undersigned, an attorney, certifies that he sent this notice and the attached motion on March 5, 2020, to:

The Chapter 13 Trustee listed above via electronic notice; and

To the attached service list via U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603.

/s/ *Anthony Kudron*_____
Attorney for Debtor

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625

```
Label Matrix for local noticing        U.S. Bankruptcy Court                   Brandon S. Lefkowitz
0752-1                                  Eastern Division                       29777 Telegraph Road, Suite 2440
Case 19-02978                           219 S Dearborn                         Southfield, MI 48034-7667
Northern District of Illinois           7th Floor
Eastern Division                        Chicago, IL 60604-1702
Thu Mar  5 14:27:59 CST 2020

(p)CAPITAL ONE                          CB INDIGO/GF                           Capital One Bank (USA), N.A.
PO BOX 30285                            268 S STATE ST STE 300                 4515 N Santa Fe Ave
SALT LAKE CITY UT 84130-0285            SALT LAKE CITY, UT 84111-5314          Oklahoma City, OK 73118-7901


FIRST PREMIER BANK                      IDOR-Bankruptcy Section                (p)INTERNAL REVENUE SERVICE
c/o Jefferson Capital Systems LLC PO Box  Po Box 851388                        CENTRALIZED INSOLVENCY OPERATIONS
c/o Linda Dold                          Minneapolis, MN 55485-1388             PO BOX 7346
Saint Cloud, MN 56302                                                          PHILADELPHIA PA 19101-7346


(p)ILLINOIS DEPARTMENT OF REVENUE       JD Receivables LLC                     LVNV Funding, LLC
BANKRUPTCY UNIT                         PO Box 382656                          Resurgent Capital Services
PO BOX 19035                            Germantown, TN 38183-2656              PO Box 10587
SPRINGFIELD IL 62794-9035                                                      Greenville, SC 29603-0587


Markoff Law LLC                         OPPITY FIN                             Opportunity Financial, LLC
29 N Wacker Drive #1010                 11 E. ADAMS SUITE 501                  130 E. Randolph Street
Chicago, IL 60606-3203                  CHICAGO, IL 60603-6333                 Suite 3400
                                                                               Chicago, IL 60601-6379


PORTFOLIO RECOV ASSOC                   (p)PORTFOLIO RECOVERY ASSOCIATES LLC   U S DEPT OF ED/GSL/ATL
PO Box 41067                            PO BOX 41067                           PO BOX 2287
Norfolk, VA 23541-1067                  NORFOLK VA 23541-1067                  ATLANTA, GA 30301-2287


UNITED STATES DEPARTMENT OF EDUCATION   US DEPT OF ED/GLELSI                   US Department of Education
CLAIMS FILING UNIT                      2401 Internal Lane                     PO Box 16448
PO BOX 8973                             Attn: Chhengre Lim                     saint paul, MN 55116-0448
MADISON, WI 53708-8973                  Madison, WI 53704-3121


Anthony J Kudron                        Coleman B Evans                        Michael A Miller
The Semrad Law Firm, LLC                11141 S St. Lawrence, Apt 2            The Semrad Law Firm, LLC
20 S. Clark St., Suite 2800             2                                      20 S. Clark, 28th Floor
Chicago, IL 60603-1811                  Chicago, IL 60628-4645                 Chicago, IL 60603-1811


Patrick S Layng                         Tom Vaughn
Office of the U.S. Trustee, Region 11   55 E. Monroe Street, Suite 3850
219 S Dearborn St                       Chicago, IL 60603-5764
Room 873
Chicago, IL 60604-2027
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CAPITAL ONE BANK USA N<br>PO BOX 85520<br>RICHMOND, VA 23285 | IRS<br>Irs Mail Stop 4100 P-3<br>Kansas City, MO 64999 | Illinois Department of Revenue<br>P.O. Box 19035<br>Bankruptcy Unit<br>Springfield, IL 62794-9035 |
| Portfolio Recovery Associates, LLC<br>C/O Capital One Bank (usa), N.a.<br>POB 41067<br>Norfolk VA 23541 | End of Label Matrix<br>Mailable recipients    25<br>Bypassed recipients     0<br>Total                  25 | |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19 B 02978 |
| Coleman B Evans, ) | HON. Donald R. Cassling |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## MOTION TO MODIFY PLAN

NOW COMES the Debtor, Coleman B Evans, by and through Debtor's attorneys, The Semrad Law Firm, LLC and hereby moves this Honorable Court to modify the confirmed Chapter 13 Plan, and Debtor states the following:

1. On February 5, 2019, Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. This Honorable Court confirmed the Debtor's Chapter 13 Plan of reorganization on July 25, 2019.

3. The confirmed Chapter 13 Plan allows for secured creditors to be paid 100.00% of their allowed claims, and general unsecured creditors without priority to be paid 100.00% of their allowed claims.

4. The confirmed Chapter 13 Plan requires the Debtor to make plan payments to the Chapter 13 Trustee in the amount of $400.00 monthly for 36 months.

5. Debtor fell behind on plan payments because he was out of work for a significant period last year when he was hospitalized.

6. Debtor is now working and can resume making timely plan payments.

7. Debtor's case is running over term. Debtor will increase plan payments to $495.00 per month for the duration of the Chapter 13 plan of reorganization to complete within term

8. Debtor requests that the current plan default be deferred to the end of the plan of reorganization in order to be successful.

9. Debtor further requests that her payments be increased to $495.00 per month for the duration of the Chapter 13 plan of reorganization.

10. Debtor respectfully requests this Honorable Court to defer the current plan default to the end of the plan of reorganization.

11. Debtor further requests this Honorable Court to increase the Chapter 13 plan payments to $495.00 per month for the remainder of the plan.

12. Debtor is in a position to proceed with the instant case.

13. Debtor filed the instant case in good faith and intends to complete the plan of reorganization.

WHEREFORE, the Debtor prays this Honorable Court for the following relief:

A. That this Honorable Court enter an Order deferring the current plan default to the end of the Chapter 13 Plan of reorganization; and

B. That this Honorable Court enter an Order increasing Chapter 13 Trustee plan payments to the amount of $495.00 per month for the remainder of the plan; and

C. For such other and further relief as the Court deems fair and proper.

Respectfully submitted,

*/s/ Anthony Kudron_____*
*Attorney for Debtor*
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625