# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 19 B 02978 |
| Coleman B Evans, | ) | HON. Donald R. Cassling |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

## AMENDED NOTICE OF MOTION

TO:   Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe St. STE 3850, Chicago, IL 60603, via electronic court notification;

See the attached Service List.

Please take notice that on April 2, 2020, at 9:30 a.m., I shall appear before the Honorable Donald R. Cassling in Courtroom 619 in the Federal Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached motion and you may appear if you so choose.

If a party objects to the attached Motion, a Notice of Objection must be filed no later than two (2) business days before the aforementioned hearing date.

## PROOF OF SERVICE

The undersigned, an attorney, certifies that he sent this notice and the attached motion on March 19, 2020, to:

The Chapter 13 Trustee listed above via electronic notice; and

To the attached service list via U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603.

/s/ *Anthony Kudron*_____
Attorney for Debtor

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 19-02978<br>Northern District of Illinois<br>Eastern Division<br>Thu Mar  5 14:27:59 CST 2020 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Brandon S. Lefkowitz<br>29777 Telegraph Road, Suite 2440<br>Southfield, MI 48034-7667 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CB INDIGO/GF<br>268 S STATE ST STE 300<br>SALT LAKE CITY, UT 84111-5314 | Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| FIRST PREMIER BANK<br>c/o Jefferson Capital Systems LLC PO Box<br>c/o Linda Dold<br>Saint Cloud, MN 56302 | IDOR-Bankruptcy Section<br>Po Box 851388<br>Minneapolis, MN 55485-1388 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 | JD Receivables LLC<br>PO Box 382656<br>Germantown, TN 38183-2656 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Markoff Law LLC<br>29 N Wacker Drive #1010<br>Chicago, IL 60606-3203 | OPPITY FIN<br>11 E. ADAMS SUITE 501<br>CHICAGO, IL 60603-6333 | Opportunity Financial, LLC<br>130 E. Randolph Street<br>Suite 3400<br>Chicago, IL 60601-6379 |
| PORTFOLIO RECOV ASSOC<br>PO Box 41067<br>Norfolk, VA 23541-1067 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | U S DEPT OF ED/GSL/ATL<br>PO BOX 2287<br>ATLANTA, GA 30301-2287 |
| UNITED STATES DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON, WI 53708-8973 | US DEPT OF ED/GLELSI<br>2401 Internal Lane<br>Attn: Chhengre Lim<br>Madison, WI 53704-3121 | US Department of Education<br>PO Box 16448<br>saint paul, MN 55116-0448 |
| Anthony J Kudron<br>The Semrad Law Firm, LLC<br>20 S. Clark St., Suite 2800<br>Chicago, IL 60603-1811 | Coleman B Evans<br>11141 S St. Lawrence, Apt 2<br>2<br>Chicago, IL 60628-4645 | Michael A Miller<br>The Semrad Law Firm, LLC<br>20 S. Clark, 28th Floor<br>Chicago, IL 60603-1811 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603-5764 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CAPITAL ONE BANK USA N<br>PO BOX 85520<br>RICHMOND, VA 23285 | IRS<br>Irs Mail Stop 4100 P-3<br>Kansas City, MO 64999 | Illinois Department of Revenue<br>P.O. Box 19035<br>Bankruptcy Unit<br>Springfield, IL 62794-9035 |
| Portfolio Recovery Associates, LLC<br>C/O Capital One Bank (usa), N.a.<br>POB 41067<br>Norfolk VA 23541 | End of Label Matrix<br>Mailable recipients   25<br>Bypassed recipients    0<br>Total                 25 | |